UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| | ) |
| MARGARET CAMPANINI | )   Case No: 10-17264 |
| | )   (Chapter 13) |
| Debtor | ) |
| | ) |

## ORDER GRANTING VOLUNTARY MOTION TO DISMISS DEBTOR'S CHAPTER 13 CASE

Upon consideration of the Voluntary Motion To Dismiss Debtor's Chapter 13 Case (the "Motion"), and any response thereto, the Court finding cause to grant the Motion, it is, this _24th_ day of ___June___, 2011, by the United States Bankruptcy Court for the Eastern District of Pennsylvania, HEREBY

ORDERED, that the Debtors' Chapter 13 case is hereby dismissed without prejudice.

_Magdeline D. Cole_
United States Bankruptcy Judge

cc.

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Philadelphia, PA 19106

(all creditors on the matrix)

**(End of Order)**

Bank Of America
4060 Oglestown/Stanton Rd
DE5-019-03-07
Newark, DE   19713


CACH, LLC
370 17th St Suite 5000
Denver, CO   80202


Capital One
PO Box 30281
Salt Lake City, UT   84130


Chrysler Financial
400 Horsham Road #A
Horsham, PA   19044


Equitable Ascent Financing
1120 W Lake Cook RD
Bufaflo Grove, IL   60089


Kohls/Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI   53051


McGoodrich Daimler Chrysler
628 Ridge Pike
Lafayette Hills, PA   19444


Office Of The US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

TD Bank N.A.
32 Chestnut Street
Lewiston, ME 04240


USA Bank
4801 Frederica St
Owensboro, KY 42301


V Kelly Mulholland
Weltman, Weinberg, & Reis Co., L.P.A.
325 Chestnut Street, Stuite 501
Philadelphia, PA 19106


Wells Fargo Bank NV NA
PO Box 31557
Billings, MT 59107


WFF Cards
3201 N 4th Ave
Sioux Falls, SD 57104


Willam C Miller
Chapter 13 Trustee
111 S. Independence Mall: Ste 583
Philadelphia, PA 19106